IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>     Plaintiff,<br><br>  vs.<br><br>J. WOFFORD, et al.,<br><br>     Defendants.<br>_____/ | 1:06-cv-01331 OWW-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION<br>TO EXTEND TIME TO FILE AMENDED<br>COMPLAINT<br><br>(DOCUMENT #16)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint, pursuant to the court's order of August 25, 2008.

IT IS SO ORDERED.

Dated:   September 29, 2008              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE