UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. WOFFORD, et al.,<br><br>　　　　Defendants. | 1:06-cv-01331-OWW-LJO-PC<br><br>ORDER TO SHOW CAUSE WHY IN FORMA PAUPERIS STATUS SHOULD NOT BE REVOKED<br><br>THIRTY DAY DEADLINE TO RESPOND |

　　　　Plaintiff, Louis Richard Fresquez ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to the Americans with Disabilities Act and the Rehabilitation Act. 42 U.S.C. § 12132; 29 U.S.C. § 794. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff filed the complaint on August 31, 2006, along with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). (Docs. 1, 2.) Plaintiff's request to proceed in forma pauperis was granted on October 5, 2006. (Doc. 8.) Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at the California Substance Abuse Treatment Facility (SATF) in Corcoran, California, brings this civil rights action against defendant correctional officials employed by the CDCR at SATF. Plaintiff claims that in 2005, defendants discriminated against him based on his impaired hearing, vision, and mobility when they chose to believe

1

misinformation placed at the front of plaintiff's medical records, and when they placed informational chronos in his medical file regarding their observations of plaintiff that they felt contradicted his medical impairments. Plaintiff seeks declaratory and injunctive relief to expunge the informational chronos from his medical file.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g). This plaintiff has, on 3 prior occasions, brought civil actions at the United States District Court for the Eastern District of California challenging the conditions of his confinement, which were dismissed as frivolous or for failure to state a claim upon which relief can be granted: <u>Fresquez v. Rocha</u>, 2:93-cv-00279-LKK-GGH-PC; <u>Fresquez v. Mayes</u>, 1:98-cv-06102-OWW-HGB-PC; and <u>Fresquez v. Geraldia</u>, 1:03-cv-05534-AWI-LJO-PC. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury. Plaintiff alleges no such facts in this case. To date, the court's record shows no payment of the filing fee for this action.

Accordingly, IT IS ORDERED that plaintiff show cause, within thirty days, why his in forma pauperis status should not be revoked and plaintiff be directed to pay the filing fee in full.

IT IS SO ORDERED.

Dated:   **November 25, 2008**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2