IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. WOFFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-01331 OWW GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(DOCUMENT #22)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2008, plaintiff filed a motion to extend time to file a response to the Order to Show Cause issued on November 25, 2008. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file his response to the Order to Show Cause issued on November 25, 2008.

　　　IT IS SO ORDERED.

　　Dated:   **January 22, 2009**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE