UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS RICHARD FRESQUEZ, | ) | 1:06-cv-01331-OWW-GSA-PC |
| Plaintiff, | ) ) | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S |
| vs. | ) ) | IN FORMA PAUPERIS STATUS BE REVOKED AND THAT PLAINTIFF BE |
| J. WOFFORD, et al., | ) ) | REQUIRED TO PAY THE $350.00 FILING FEE FOR THIS ACTION IN FULL |
| Defendants. | ) ) | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff, Louis Richard Fresquez ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Americans with Disabilities Act (42 U.S.C. § 12132) and the Rehabilitation Act (29 U.S.C. § 794).

**I.   BACKGROUND**

Plaintiff filed the complaint commencing this action on August 31, 2006, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).  (Docs. 1, 2.)  Plaintiff's motion to proceed in forma pauperis was granted on October 5, 2006.  (Doc. 8.)

On October 14, 2008, the court issued an Order to Show Cause ("OSC") directing plaintiff to file a response, within thirty days, explaining why the court should not revoke his in forma pauperis status under the Prison Litigation Reform Act.  (Doc. 21.)  On December 22, 2008, plaintiff filed a notice

informing the court that he needed additional time to respond, and the court granted him a thirty-day extension of time. (Docs. 22, 23.) The last thirty day time period has expired, and plaintiff has not filed a response to the Order to Show Cause.

## II.    PRISON LITIGATION REFORM ACT

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g). This plaintiff has, on 3 prior occasions, brought civil actions at the United States District Court for the Eastern District of California challenging the conditions of his confinement, which were dismissed as frivolous or for failure to state a claim upon which relief can be granted: <u>Fresquez v. Rocha</u>, 2:93-cv-00279-LKK-GGH-PC (dismissed on March 10, 1995 for failure to state a claim); <u>Fresquez v. Mayes</u>, 1:98-cv-06102-OWW-HGB-PC (dismissed on May 3, 2001, for failure to state a claim) ; and <u>Fresquez v. Geraldia</u>, 1:03-cv-05534-AWI-LJO-PC (dismissed on September 15, 2004, for failure to state a claim). Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he was in imminent danger of serious physical injury at the time he filed the complaint. Plaintiff alleges no such facts in this case. To date, the court's record shows no payment of the filing fee for this action.

## III.   CONCLUSION AND RECOMMENDATIONS

In light of the foregoing, the court finds that plaintiff is not entitled to proceed in forma pauperis under § 1915(g) in this action and should be required to pay the filing fee. Accordingly, IT IS HEREBY RECOMMENDED that:

1.    Plaintiff's in forma pauperis status in this action be revoked; and

2.    Plaintiff be required to pay the $350.00 filing fee in full for this action within thirty days.

These Findings and Recommendation will be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within thirty (30) days after being served with a copy of these Findings and Recommendation, plaintiff may file written objections

1  with the court and serve a copy on all parties.  Such a document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendation."   Plaintiff is advised that failure to file objections
3  within the specified time may waive the right to appeal the order of the District Court.  <u>Martinez v. Ylst</u>,
4  951 F.2d 1153 (9th Cir. 1991).

6      IT IS SO ORDERED.
7      **Dated:**   <u>**March 6, 2009**</u>      <u>      /s/ **Gary S. Austin**      </u>
                                             UNITED STATES MAGISTRATE JUDGE