IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | 1:06-cv-01331-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 24.) |
| vs. | |
| J. WOFFORD, et al., | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND VACATING COURT'S ORDER OF OCTOBER 5, 2006 (Doc. 8.) |
| Defendants. | ORDER FOR PLAINTIFF TO PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Louis Richard Fresquez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 6, 2009, findings and recommendations were entered, recommending that plaintiff's in forma pauperis status be revoked under 28 U.S.C. § 1915(g) for bringing, on three prior occasions, civil actions at this court challenging his conditions of confinement which were dismissed on the ground they failed to state a claim upon which relief may be granted. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
2 | 305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
3 | file, the court finds the findings and recommendations to be supported by the record and proper
4 | analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 6, 2009, are ADOPTED in full;
2. Plaintiff's in forma pauperis status is REVOKED;
3. The court's order of October 5, 2006, which granted plaintiff leave to proceed in forma pauperis, is VACATED;
4. Plaintiff is required to pay the $350 filing fee for this action in full within thirty days from the date of service of this order; and
5. Plaintiff's failure to comply with this order will result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:   April 17, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2