IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>J. WOFFORD, et al.,<br><br>  Defendants.<br>_____ / | 1:06-cv-01331-OWW-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Louis Richard Fresquez ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2009, pursuant to 28 U.S.C. § 1915(g), the court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee, and the Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:**   **June 2, 2009**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE