1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8                EASTERN DISTRICT OF CALIFORNIA
9
10   LOUIS RICHARD FRESQUEZ,              1:06-cv-01331-OWW-GSA-PC

11                    Plaintiff,
                                        ORDER DENYING MOTION
12        v.                            (Doc. 30.)

13   J. WOFFORD, et al.,

14                    Defendants.
15   _____/

16        Louis Richard Fresquez ("Plaintiff") is a state prisoner proceeding pro se in this civil

17   action.  On June 3, 2009, the Court dismissed this action, without prejudice, based on Plaintiff's

18   failure to obey the Court's order to pay the filing fee.  (Doc. 26.)

19        On March 23, 2010, Plaintiff filed a motion for access to the law library to enable him to

20   respond to court orders.  (Doc. 30.)  In light of the fact that this case was dismissed and there are

21   no pending deadlines requiring Plaintiff's response, Plaintiff's motion is HEREBY DENIED.

22
23        IT IS SO ORDERED.

24   **Dated:   March 31, 2010**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28